```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED
```

NOV 07 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

BRANDON L. SWIFT,

Defendant.

NO. MJ 14-445

**COMPLAINT FOR VIOLATION**

18 U.S.C. § 922(g)(1)

BEFORE the Honorable Brian A. Tsuchida, United States Magistrate Judge, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1

**(Felon in Possession of a Firearm)**

On or about October 29, 2014, in the city of Everett, Washington, within the Western District of Washington, the defendant, BRANDON L. SWIFT, after having been convicted of the crimes that under Federal law prohibit him from possessing firearms or ammunition, including:

    a.  Theft of a Motor Vehicle - Attempt, under cause number 12100016733, in Snohomish County Superior Court, Washington, on September 5, 2012;

COMPLAINT FOR VIOLATIONS - 1
*United States v. Brandon L. Swift*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      b. Unlawful Possession of a Firearm, under cause number 07100007312, in
2          Snohomish County Superior Court, Washington, on April 11, 2007;
3      c. Residential Burglary (Count 1), Possession of Stolen Property (Count 2),
4          Trafficking in Stolen Property (Count 3), Residential Burglary (Count 4),
5          and Theft – 1 (Count 5), under cause number 991020964, in Snohomish
6          County Superior Court, Washington, on March 1, 2000;
7      d. Residential Burglary, under cause number 95819101, in Snohomish County
8          Superior Court, Washington, on January 2, 1996;
9      e. Residential Burglary (Count 1), Residential Burglary (Count 2), under
10         cause number 94810661, in Snohomish County Superior Court,
11         Washington, on December 12, 1994; and
12     f. Burglary – 2, under cause number 948007601, in Snohomish County
13         Superior Court, Washington, on August 29, 1994;

did knowingly possess a firearm, to wit, a Witness .45 caliber semi-automatic firearm, bearing serial number EA11316, which had been shipped and transported in interstate and/or foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

The undersigned complainant being duly sworn states:

**COMPLAINANT'S TRAINING AND EXPERIENCE**

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since 2005. I am currently assigned to the Seattle Field Office in Seattle, Washington. Previously, I was a Special Agent with the United States Secret Service (USSS) for over six years serving in the Spokane Resident Office, the Los Angeles Field Division, and the Presidential Protective Division. In my current capacity, I investigate and enforce violations of federal criminal statutes, including those pertaining to gang-related offenses, violent crimes, narcotics, firearms, and conspiracy offenses. I have acquired knowledge and information about these offenses and the various means and methods by which they are executed, through formal and informal training, other law

COMPLAINT FOR VIOLATIONS - 2
*United States v. Brandon L. Swift*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 enforcement officers and investigators, informants, individuals I have arrested and
2 interviewed, as well as through my participation in other investigations. I have planned
3 and participated in the execution of numerous search warrants for federal, state, and local
4 offenses, particularly those pertaining to violent criminal offenses under Title 18 and 21
5 of the United States Criminal Code.
6     2. This affidavit is based on my personal knowledge and on information
7 provided to me by other law enforcement personnel. I have not included in this affidavit
8 each and every fact and circumstance known to me, but only those facts and
9 circumstances I believe are sufficient to establish probable cause.

## SUMMARY OF PROBABLE CAUSE

11     3. On October 29, 2014, members of the Snohomish County Violent Offender
12 Task Force were conducting surveillance between the "F" and "E" buildings at the
13 Covington Farms Apartments located at 10115 Holly Dr., Everett. The Task Force was
14 at the location looking for a wanted suspect "B.W." B.W. was wanted for outstanding
15 felony warrants. Photographs of B.W. showed that he has several tattoos on his neck.
16     4. While on surveillance, three males were observed working on a blue
17 Chrysler that was parked in front of an open garage. The garage was number "45."
18 While watching the group, Snohomish County Sheriff's Department ("SCSD") Deputy
19 Robinson saw a fourth male in the garage, who appeared to be working on a blue Volvo,
20 bearing Washington license plate 202ZHN that was parked in the garage. This male was
21 later identified as BRANDON L. SWIFT ("SWIFT"). SWIFT was seen entering and
22 exiting the driver's side of the vehicle through an open driver's door. Washington
23 Department of Corrections ("DOC") Specialist Woodruff was able to see tattoos on
24 SWIFT's and stated that the male closely resembled B.W.
25     5. Members of the Task Force made contact with the group in front of garage
26 "45." SCSD Sargent Rogers made contact with SWIFT, who was seated in the driver's
27 seat of the Volvo at the time, and asked that he step outside to speak with the officers.
28 DOC Specialist Woodruff spoke to SWIFT, who identified himself as "Brandon Linzy."

COMPLAINT FOR VIOLATIONS - 3
United States v. Brandon L. Swift

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

A records check for "Brandon Linzy" revealed an alias of "Brandon L. Swift," who had a felony warrant for his arrest from the DOC. Booking photographs confirmed that Linzy and SWIFT were the same person. SWIFT was then arrested on his warrant without incident.

6.    While standing in front of the open garage, Deputy Robinson looked into the Volvo and, through the back window, he could see a black firearm tucked between the driver's seat and the center console. SWIFT had been sitting in the driver's seat of the Volvo when Sargent Rogers first approached him. Specialist Woodruff could also see a cellular telephone in the vehicle near the firearm. SWIFT was arrested on his warrant and taken into custody.

7.    Deputy Robinson applied for and was granted a search warrant for garage 45 and the Volvo located inside. During execution of the search warrant, the following items were located and taken into evidence: A black a Witness .45 caliber semi-automatic firearm, bearing serial number EA11316, a cellular telephone, $620 in U.S. Currency (in a money clip), a quantity of suspected heroin, and miscellaneous documents including a vehicle dealer temporary vehicle registration with the name of "Sara Cooper" on it.

8.    On October 30, 2014, Deputy Robinson interviewed Sarah Cooper, the registered owner of the Volvo, and her ex-boyfriend Robert Blunt. Cooper stated that the Volvo was being sold to "Brandon and Nicole." Cooper went on to say that Blunt had been dealing with "Brandon and Nicole," and that "Brandon and Nicole" picked up the Volvo about a week earlier. According to Cooper, the Volvo was supposed to be parked at the Covington Farms Apartments as "Brandon and Nicole" upgraded the stereo and tinted the windows. Blunt stated that he had known an individual named Nicole Alexander for some time and that she and SWIFT needed a vehicle. SWIFT had arrived at Blunt's apartment a week earlier. Blunt and SWIFT had made arrangements for SWIFT to pay $1,500 for the Volvo at a later date, and then SWIFT left with the Volvo after Blunt had removed all of his belongings from it. Deputy Robinson asked Blunt if he

COMPLAINT FOR VIOLATIONS - 4
United States v. Brandon L. Swift

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  left a gun in the Volvo.  Blunt laughed and said no.  Blunt stated that that they were
2  supposed to meet up with SWIFT and Alexander to complete the sale of the car and
3  transfer the title.  However, Blunt had received a text message that day from Alexander
4  stating that the vehicle had been impounded.

5  **C.    Interstate Nexus and Criminal History.**

6      9.    On November 7, 2014, I contacted Special Agent Heidi Wallace with the
7  Bureau of Alcohol, Tobacco, Firearms, and Explosives.  Special Agent Wallace has been
8  trained and is considered an expert in the recognition of firearms, as well as their place of
9  manufacture.  After reviewing the information regarding the firearm described above,
10 Special Agent Wallace determined that the firearm was not manufactured in the State of
11 Washington, and, therefore, had traveled in interstate and/or foreign commerce.

12     10.   I have reviewed the criminal history of SWIFT, confirming that he had
13 previously been convicted of the felonies listed above.

14 <center>**CONCLUSION**</center>

15     11.   Based on the aforementioned facts, I believe that sufficient probable cause
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

COMPLAINT FOR VIOLATIONS - 5
*United States v. Brandon L. Swift*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | exists to charge BRANDON L. SWIFT for his violations of Title 18 United States Code,
2 | Sections 922(g) (Felon in Possession of a Firearm).

DOUGLAS C. TURNER
Special Agent
FBI

Based on the Complaint and affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

Dated this 7th day of November, 2014.

THE HONORABLE BRIAN A. TSUCHIDA
United States Magistrate Judge

COMPLAINT FOR VIOLATIONS - 6
*United States v. Brandon L. Swift*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970